UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRATEGIC DELIVERY SOLUTIONS, LLC,

                Plaintiff,

    v.

MEDCARE LTC,

                Defendant.

No. 22-CV-2860 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

A post-discovery conference was previously scheduled in this matter for January 27, 2023 at 10:00 a.m. Due to an ongoing trial, the conference is hereby rescheduled for 11:00 a.m. on Monday, January 30, 2023. Call-In Number: (888) 363-4749; Access Code: 1015508#.

Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:    January 26, 2023
            New York, New York

_____
Hon. Ronnie Abrams
United States District Judge