IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRATEGIC DELIVERY SOLUTIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MEDCARE LTC,<br><br>　　　　　　Defendant. | Civil Action No.: 1:22-cv-02860<br><br>**CONSENT JUDGMENT** |

**WHEREAS**, Plaintiff Strategic Delivery Solutions, LLC ("Plaintiff") filed this action on April 7, 2022, against Defendant MedCare LTC ("Defendant") for breach of contract, breach of the covenant of good faith and fair dealing, book account, services rendered, account stated, and unjust enrichment.

**WHEREAS**, the Parties, having the mutual desire to settle this action and to avoid protracted, expensive, and unnecessary litigation in the future.

**WHEREAS**, the parties having agreed to the terms set forth herein by way of consent.

**WHEREAS**, the parties seek the court to approve and order the following agreement by way of court order.

**NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED**, based on the parties mutual consent, and **ORDERED AND ADJUDGED**, and made effective as of this 9th day of March, 2023 as follows:

1. Defendant consents to the jurisdiction of this Court to enter and enforce the Order against Defendant, and the parties hereby consent to the entry of this Consent

Judgment.

2. The Court hereby directs final judgment in favor of Plaintiff against Defendant. Plaintiff has judgment against Defendant MedCare LTC in the total amount of $150,000.00 plus interest at a rate of 4.69% from date of entry of this Order.

3. This Court shall retain jurisdiction of this matter for the purpose of enforcing the terms and provisions of this Consent Judgment.

*signature*

Hon. Ronnie Abrams

March 9, 2023

CONSENT

The foregoing Consent Judgment is approved as to form and substance, and the entry thereof without further notice is hereby consented to, and the respective parties have agreed to waive, and do hereby waive, all rights of appeal which they, or any of them have from said Consent Judgment.

*/s/ Michael R. Lieberman*  
MICHAEL R. LIEBERMAN, ESQ.  
FOX ROTHSCHILD LLP  
101 Park Avenue, 17th Floor  
New York, New York 10178  
*Attorneys for Defendants*

*/s/ Howard A. Matalon*  
HOWARD A. MATALON, ESQ.  
OLENDERFELDMAN LLP  
1180 Avenue of the Americas  
8th Floor  
New York, New York 10036  
*Attorneys for Plaintiff*

Dated: March 2, 2023

Dated: _____